694

(March 21, 1973)

■ WILLIAM F. ROBEY, JR., et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 53237.)█ — Motion by State for order declaring the existence of statutory stay of all proceedings pursuant to CPLR 5519 (subd. [a], par. 1) or, in the alternative, for stay pursuant to CPLR 5519 (subd. [c]). The motion for a stay pursuant to CPLR 5519 (subd. [c]) is denied, without costs. With respect to the statutory stay, we are of the opinion that the filing of a notice of appeal from the order entered March 8, 1973 did not effect an automatic stay of the trial of the claim. Staley, Jr., J. P., Cooke, Sweeney, Kane and Main, JJ., concur.

FIRST DEPARTMENT, JULY, 1973

(July 3, 1973)

■ JERRY DROSS, Appellant, v. BESS MYERSON, as Commissioner of the Department of Consumer Affairs of the City of New York, Respondent.— Judgment, Supreme Court, New York County, entered on May 9, 1973, unanimously vacated, and under the provisions of CPLR 7804 (subd. [g]) this court treats the proceeding as if it had been transferred to it in the first instance, and the determination of respondent Commissioner dated May 17, 1972, is confirmed, without costs and without disbursements. No opinion. Concur — Markewich, J. P., Murphy, Lane and Tilzer, JJ.